1  CHARLES R. KOZAK, ESQ.
2  Nevada State Bar No. 11179
   KOZAK & ASSOCIATES, LLC
3  3100 Mill Street, Suite 115
   Reno, Nevada 89502
4  Tel: (775) 322-1239
   Fax: (775) 800-1767
5  *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LELAND T. FAEGRE, an individual THERESA FAEGRE, an individual, LELAND T. FAEGRE and THERESA FAEGRE, as TRUSTEES OF THE MILKY WAY INCORPORATED AND 401(K) PROFIT SHARING PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CINDY ARMENTROUT, ESQ., individually and as Member of ARMENTROUT & ASSOCIATES, LTD., a Nevada professional LLC, SHERRY GALLATIN, TOM GALLATIN, individually and as members of CASEY HOLDINGS I, LLC., Nevada domestic llimited-liability company CASEY HOLDINGS I, LLC SERIES K., a Delaware limited liability company, ROIC ZEPHYR COVE, a Nevada limited liability company; RETAIL OPPORTUNITY INVESTMENT CORPORATION, a California Corporation; and DOES 1 to 50,<br><br>Defendants. | CASE NO.:  3:18-cv-00072-RCJ-WGC<br><br>**STIPULATION AND ORDER TO ENLARGE TIME TO FILE RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS** |

**STIPULATION AND ORDER TO ENLARGE TIME TO FILE RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, by and through their respective counsel of record, that the parties agree to enlarge Plaintiffs time to respond to Defendants' Motions to Dismiss, ECF No. 10, 11, and 12. Plaintiffs and Defendants agree to enlarge the response time to Monday, May 14, 2018.

DATED 4th day of May 2018.

DATED 7th day of May 2018.

*/s/ Charles R. Kozak*
CHARLES R. KOZAK, ESQ. (SBN 11179)
KOZAK & ASSOCIATES, LLC.
3100 Mill Street, Suite 115
Reno, Nevada 89502
T: (775) 322-1239
F: (775) 800-1239
Email: Chuck@kozaklusianilaw.com
*Attorney for Plaintiffs,*
*LELAND T. FAEGRE, an individual*
*THERESA FAEGRE, an individual,*
*LELAND T. FAEGRE and THERESA*
*FAEGRE, as TRUSTEES OF THE*
*MILKY WAY INCORPORATED AND*
*401(K) PROFIT SHARING PLAN*

*/s/ Janice Hodge Jensen*
WAYNE A. SHAFFER (SBN 1519)
JANICE HODGE JENSEN (SBN 563)
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
T: 775-322-1170
F: 775-322-1865
Email: wshaffer@laxalt-nomura. com
Email: jjensen@laxalt-iiomura.com
*Attorneys for Defendant*
*CINDY ARMENTROUT, ESQ.*

DATED 7th day of May 2018.

DATED 7th day of May 2018.

/s/ Brian R. Irvine
JOHN P. DESMOND (NSB 5618)
BRIAN R. IRVINE (NSB 7758)
DICKINSON WRIGHT PLLC
100 West Liberty Street
Suite 940
Reno, NV 89501
T: (775) 343-7500
F: (844) 670-6009
Email: jdesmond@dickinsonwright.com
Email: birvine@dickinsonwright.com
*Attorneys for Tom Gallatin, Sherry Gallatin,*
*Casey Holdings I, LLC, and Casey Holdings*
*I, LLC Series K*

/s/ Courtney Miller O'Mara
COURTNEY MILLER O'MARA (SBN 10683)
STEVEN M. SILVA (SBN 12492)
FENNEMORE CRAIG, P.C.
300 East Second Street - Suite 1510
Reno, Nevada 89501
T: (775) 788-2200
F: (775) 786-1177
Email: comara@fclaw.com
Email: ssilva@fclaw.com
*Attorneys for ROIC Zephyr Cove and*
*Retail Opportunity Investment Corporation*

-2-

**ORDER**

Based on the stipulation of the parties, and good cause appearing, it is hereby ORDERED that the Response date to the Motions to Dismiss is enlarged up to and including May 14, 2018.

IT IS SO ORDERED.

DATED this 11th day of May, 2018.

_____

HONORABLE JUDGE ROBERT C. JONES

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b)((2)(C), I hereby certify that I am an employee of Kozak & Associates, LLC., 3100 Mill Street, Suite 115, Reno, Nevada 89502, over the age of 18, and not a party within this action. I further certify that on the 20th of March 2018, I caused to be deposited

in the U.S. Mail, first-class postage fully prepaid, a true and correct copy of the foregoing

**CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT**, addressed to the

following:

CSC Services of Nevada, Inc.
2215 Renaissance Dr., Ste B
Las Vegas, Nevada 89119-6727
*As Registered Agent for ROIC Zephyr cove,*
*LLC.*

Armentrout & Associates, LTD.
10775 Double R Blvd., Ste 120
Reno, Nevada 89521-8956
*As Registered Agent for Casey Holdings I, LLC,*
*Sherry Galatin, individually and as a Member of*
*Casey Holdings I, LLC, and Tom Galatin,*
*individually and as a Member of Casey Holdings*
*I, LLC.*

Cindy Armentrout, Individually and as a
Member of Armentrout & Associates, LTD.
10775 Double R Blvd., Ste 120
Reno, Nevada 89521-8956

Retail Opportunity Investments Corporation
8905 Towne Centre Drive, Suite 108
San Diego, California 92122

<u>/s/ Dedra L. Sonne</u>
Dedra L. Sonne
Employee of Kozak & Associates, LLC.

## EXHIBIT LIST

| Exhibit No. | Document | No. Pages |
|---|---|---|
| 1 | Declaration of Service for ROIC Zephyr Cove, LLC. | 2 |

| | | |
|---|---|---|
| 2 | Declaration of Service for Casey Holdings, LLC. | 2 |
| 3 | Declaration of Service for Cindy Armentrout, individually and as a Member of Armentrout & Associates, Ltd. | 3 |
| 4 | Declaration of Service for Sherry Gallatin, individually and as a Member of Casey Holdings, LLC. | 3 |
| 5 | Declaration of Service for Tom Gallatin, individually and as a Member of Casey Holdings, LLC. | 3 |
| 6 | Proof of Service for Retail Opportunity Investments Corporation | 2 |