CHARLES R. KOZAK, ESQ.
Nevada State Bar No. 11179
KOZAK & ASSOCIATES, LLC
3100 Mill Street, Suite 115
Reno, Nevada 89502
Tel: (775) 322-1239
Fax: (775) 800-1767
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LELAND T. FAEGRE, an individual THERESA FAEGRE, an individual, LELAND T. FAEGRE and THERESA FAEGRE, as TRUSTEES OF THE MILKY WAY INCORPORATED AND 401(K) PROFIT SHARING PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CINDY ARMENTROUT, ESQ., individually and as Member of ARMENTROUT & ASSOCIATES, LTD., a Nevada professional LLC, SHERRY GALLATIN, TOM GALLATIN, individually and as members of CASEY HOLDINGS I, LLC., Nevada domestic llimited-liability company CASEY HOLDINGS I, LLC SERIES K., a Delaware limited liability company, ROIC ZEPHYR COVE, a Nevada limited liability company; RETAIL OPPORTUNITY INVESTMENT CORPORATION, a California Corporation; and DOES 1 to 50,<br><br>Defendants. | CASE NO.: 3:18-cv-00072-RCJ-WGC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE** |

1

This matter came before the Court on a Request for Voluntary Dismissal of Complaint without Prejudice for the entire matter against CINDY ARMENTROUT, ESQ., individually and as Member of ARMENTROUT & ASSOCIATES, LTD., a Nevada professional LLC, SHERRY GALLATIN, TOM GALLATIN, individually and as members of CASEY HOLDINGS I, LLC., Nevada domestic llimited-liability company CASEY HOLDINGS I, LLC SERIES K., a Delaware limited liability company, ROIC ZEPHYR COVE, a Nevada limited liability company; RETAIL OPPORTUNITY INVESTMENT CORPORATION, a California Corporation, filed on February 12, 2018 in Case No. 3:18-cv-00072.

**IT IS SO ORDERED:**

DATED this 16th day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE